**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6080**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD LEON MILLER,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, Sr., District Judge. (CR-93-137, CA-95-844)

Submitted: June 19, 1997          Decided: June 30, 1997

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Edward Leon Miller, Appellant Pro Se. Harry L. Hobgood, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) motion and motion for reconsideration. We have reviewed the record and the district court's opinions and the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Miller, Nos. CR-93-137; CA-95-844 (M.D.N.C. Oct. 15 & Dec. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2